No. D–1696. IN RE DISBARMENT OF MORROW. Disbarment entered. [For earlier order herein, see *ante*, p. 1032.]

No. D–1697. IN RE DISBARMENT OF KOSS. Disbarment entered. [For earlier order herein, see *ante*, p. 1032.]

No. D–1719. IN RE DISBARMENT OF GOLKIN. Alan R. Golkin, of Niagara Falls, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1720. IN RE DISBARMENT OF BERTAGNOLLI. James Sheridan Bertagnolli, of Castle Rock, Colo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 95–813. BENNETT ET AL. *v.* SPEAR ET AL. C. A. 9th Cir. [Certiorari granted *sub nom. Bennett* v. *Plenert*, 517 U. S. 1102.] Motion of petitioners and *amici curiae* California et al. to permit California et al. to participate in oral argument as *amici curiae* and for divided argument denied.

No. 95–928. ATHERTON *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR CITY SAVINGS, F. S. B. C. A. 3d Cir. [Certiorari granted, 517 U. S. 1133.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 95–939. IMMIGRATION AND NATURALIZATION SERVICE *v.* ELRAMLY. C. A. 9th Cir. [Certiorari granted, 516 U. S. 1170.] The parties are directed to brief the question of applicability of the Antiterrorism and Effective Death Penalty Act of 1996 to this case. Briefs are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., September 12, 1996. Twenty typewritten copies of each brief may be filed initially in order to meet the September 12 filing date. Forty copies of the brief prepared under this Court's Rule 33.1 are to be filed as soon as possible thereafter.

No. 95–966. O'GILVIE ET AL., MINORS *v.* UNITED STATES; and
No. 95–977. O'GILVIE *v.* UNITED STATES. C. A. 10th Cir. [Certiorari granted, 517 U. S. 1102.] Motion of petitioner in No. 95–977 for divided argument denied. Motion of petitioners in No. 95–966 for divided argument granted.